1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, | ) CASE NO. 2:16-cv-06910-JAK(PLAx) ) ) ) |
| Plaintiffs, | ) **ORDER GRANTING STIPULATION** ) **FOR CONSENT JUDGMENT** |
| v. | ) **INCLUDING PERMANENT** ) **INJUNCTION AND VOLUNTARY** ) **ACTION OF DISMISSAL WITH** |
| RELIABLE KNITTING WORKS, a Wisconsin Corporation; and DOES 1-10, inclusive, | ) **PREJUDICE** ) ) ) ) |
| | ) ) **Hon. John A. Kronstadt** |
| Defendant. | ) |

**WHEREAS Plaintiff Deckers Outdoor Corporation**  (collectively "Plaintiff" or "Deckers") having filed a Complaint in this action charging **Defendant Reliable Knitting Works** ("Defendant") Patent Infringement arising from Defendant's manufacture, distribution, promotion, advertisement, offering for sale, and/or sale of footwear, the design of which Deckers has alleged infringes upon its '400 Patent (defined below).  The "Accused Products" which Deckers has alleged infringe upon its '400 Patent are identified by the Style Name(s) "POLY SUEDE CLOG," "BLUE TRIMMED CLOG," "FULL-FOOT SLPR PROMO," "FURPA TRMD LUG BT," "QVC SANDEE SLIPPER," "WOMENS FLEECE CLOG," "MENS PLAID LINED MOC," "MENS KNIT TOP SLPR," "MOC W/ ALOE INFUSED LINING," and

"CLG W/ ALOE INFUSE LINING" (hereinafter "Accused Products"); an example of which is shown below:



**WHEREAS**, Deckers is the owner of design patent U.S. Patent No. D500,400 (issued on January 4, 2005) (hereinafter " '400 Patent);

**WHEREAS**, the parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Consent Judgment;

**WHEREAS**, the parties herein have simultaneously entered into a Settlement Agreement and Mutual Release; and

**WHEREAS** Defendants have agreed to consent to the below judgment:

1.      Defendant and its agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from:

(a)      Challenging the validity, enforceability, or Deckers' ownership of the '400 Patent;

(b)      Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing and/or incorporating in advertising or marketing the Accused Products and/or any products that infringe upon the '400 Patent;

(c)      Committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by,

authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff;

(a)     Knowingly assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1(a) to 1(c) above.  This provision does not preclude Reliable from providing non-privileged information as may be required by Court order, law, or judicial process.

2.     This Court has jurisdiction over the parties herein and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

3.     The execution of this Final Consent Judgment shall serve to bind and obligate the parties hereto. However, dismissal with prejudice of this action shall not have preclusive effect on those who are not a party to this action or who are not specifically released in the parties' written settlement agreement, all claims against whom Plaintiff expressly reserves.

4.     Plaintiff and Defendant shall bear their own costs and attorneys' fees associated with this action.

5.     The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Stipulation/Order as well as the parties' confidential settlement agreement in connection with this action.

6.     Except as otherwise provided herein, this action is fully resolved and dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  February 15, 2017

_____
Hon. John A. Kronstadt
United States District Judge